RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020**
Chapter 13 Case # 19-32429

Re:   ROSELYNE ANDREE ST PHARD                    Atty:   RUSSELL L LOW ESQ
      340 HAMILTON STREET                                 LOW & LOW ESQS
      ROSELLE,  NJ  07203                                 505 MAIN STREET, SUITE 304
                                                          HACKENSACK, NJ  07601

## RECEIPTS AS OF 01/15/2020                              (Please Read Across)

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020            (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 35.62 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AES/JP MORGAN CHASE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0002 | CAP1/BSTBY | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0003 | CBNA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0004 | CENTRAL LOAN | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0005 | CHASE CARD | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0006 | CITI | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0007 | CITIBANKNA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0008 | CITIBANKNA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0009 | CITIBANKNA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0010 | DSNB MACYS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0011 | HOMEBRIDGE FINANCIAL I | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | JPM CHASE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0013 | NBT BANK NA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0015 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,161.84 | 0.00% | 0.00 | 0.00 |
| 0016 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 569.23 | 0.00% | 0.00 | 0.00 |
| 0017 | SYNCB/CARE CREDIT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0018 | SYNCB/JCP | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0019 | SYNCB/OLDNAVYDC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0020 | SYNCB/ONDC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0021 | SYNCB/SLEEPYS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0026 | LVNV FUNDING LLC | UNSECURED | 2,198.04 | 0.00% | 0.00 | 0.00 |
| 0027 | CITI | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0028 | CITIBANKNA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |

**Total Paid:  $35.62**
See Summary

**Chapter 13 Case # 19-32429**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

| Receipts: $0.00 | - | Paid to Claims: $0.00 | - | Admin Costs Paid: $35.62 | = | Funds on Hand: $649.38 |

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.