**RUSSELL L. LOW, ESQ.  RLL-4745**
**LOW & LOW, ESQS.**
**505 Main Street  -  Suite 304**
**Hackensack, New Jersey    07601**
**(201) 343-4040**
**Attorneys for Debtor**

Order Filed on January 21, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | | |
|---|---|---|
| In Re: | : | UNITED STATES BANKRUPTCY COURT |
| | | DISTRICT OF NEW JERSEY |
| Roselyne Andree St Phard | : | CHAPTER 13 |
| | : | CASE NO. 19-32429 |
| | : | HONORABLE ROSEMARY GAMBARDELLA |
| Debtor | : | Hearing Date: January 15, 2020 at 10:00 am |

### ORDER EXTENDING

☐    CASE         ✓    AUTOMATIC STAY

The relief set forth on the following page is hereby ORDERED.

**DATED: January 21, 2020**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

This matter having been presented to the Court by Russell L. Low, Esq. and, for good cause it is

**ORDERED** that:

the Automatic Stay is extended as to HOMEBRIDGE FINANCIAL and all Creditors effective the date of this Order.