**RUSSELL L. LOW, ESQ.  RLL-4745**
**LOW & LOW, ESQS.**
**505 Main Street  -  Suite 304**
**Hackensack, New Jersey   07601**
**(201) 343-4040**
**Attorneys for Debtor**

Order Filed on January 21, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

---

| | | |
|---|---|---|
| In Re: | : | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Roselyne Andree St Phard | : | CHAPTER 13 |
| | : | CASE NO. 19-32429 |
| | : | HONORABLE ROSEMARY GAMBARDELLA |
| Debtor | : | Hearing Date: January 15, 2020 at 10:00 am |

---

## ORDER EXTENDING

☐    CASE            ✓    AUTOMATIC STAY

The relief set forth on the following page is hereby ORDERED.

**DATED: January 21, 2020**

*Honorable Rosemary Gambardella*
United States Bankruptcy Judge

This matter having been presented to the Court by Russell L. Low, Esq. and, for good cause it is

**ORDERED** that:

the Automatic Stay is extended as to HOMEBRIDGE FINANCIAL and all Creditors effective the date of this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-32429-RG
Roselyne Andree St Phard                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1              Date Rcvd: Jan 23, 2020
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2020.
db            +Roselyne Andree St Phard,   340 Hamilton Street,   Roselle, NJ 07203-1638

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services, Inc.
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Russell L. Low    on behalf of Debtor Roselyne Andree St Phard ecf@lowbankruptcy.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4