**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Chapter 13 Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**

Order Filed on February 6, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

ROSELYNE ANDREE ST PHARD

Case No.:  19-32429RG

Hearing Date:  2/5/2020

Judge:  ROSEMARY GAMBARDELLA

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: February 6, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s):   ROSELYNE ANDREE ST PHARD

Case No.:  19-32429RG

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

    THIS MATTER having been scheduled before the Court on 02/05/2020 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that in the event any e-payments to the Trustee are reversed, the case will be dismissed without further notice or hearings to debtor or debtor's attorney; and it is further
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 3/4/2020 at 8:30 a.m..