Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−32429−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Roselyne Andree St Phard
   aka Rose Andre Saint Phard
   340 Hamilton Street
   Roselle, NJ 07203

Social Security No.:
   xxx−xx−7573

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/18/20 at 10:00 AM

to consider and act upon the following:

*32* – Certification in Opposition to (related document:30 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 11/2/2020. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Russell L. Low on behalf of Roselyne Andree St Phard. (Attachments: # 1 Exhibit) (Low, Russell)

Dated: 11/2/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court