Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 19−32429−RG
                Chapter: 13
                Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Roselyne Andree St Phard
   aka Rose Andre Saint Phard
   340 Hamilton Street
   Roselle, NJ 07203

Social Security No.:
   xxx−xx−7573

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/16/21 at 10:00 AM

to consider and act upon the following:

*52* − Objection to Debtor(s) Attorney's Application for Compensation (related document:51 Application for Compensation for Russell L. Low, attorney, period: to, fee: $800.00, expenses: $0.00. Filed by Russell L. Low. Objection deadline is 5/11/2021. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Debtor Roselyne Andree St Phard) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 5/5/21

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court