Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

|  |
|---|

Case No.: 19−32429−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Roselyne Andree St Phard
   aka Rose Andre Saint Phard
   340 Hamilton Street
   Roselle, NJ 07203

Social Security No.:
   xxx−xx−7573

Employer's Tax I.D. No.:

|  |
|---|

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/21/21 at 10:00 AM

to consider and act upon the following:

*62* − Certification in Opposition to (related document:60 Certification of Default of Standing Trustee. re: Debtors failure to provide tax returns and/or pay stubs Report. Filed by Marie−Ann Greenberg. Objection deadline is 6/7/2021. (Attachments: # 1 Certification of Default Generic − Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Russell L. Low on behalf of Roselyne Andree St Phard. (Low, Russell)

Dated: 6/7/21

                                                  Jeanne Naughton
                                                  Clerk, U.S. Bankruptcy Court