UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
RUSSELL L. LOW, ESQ. 4745

In re: Roselyne Andree St Phard

Case No.: 19-32429

Chapter: 13

Adv. No.:

Hearing Date: 11/17/2021 at 12:00 p.m.

Judge: RG

## CERTIFICATION OF SERVICE

1. I, Russell L. Low, Esq. :
   - ☑ represent the debtor in the this matter.
   - ☐ am the secretary/paralegal for _____, who represents _____ in the this matter.
   - ☐ am the _____ in the this case and am representing myself.

2. On November 16, 2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Order Shortening Time, Motion to Sell Property and all Moving Documents

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: November 17, 2021

/s/Russell L. Low
Signature

rev. 8/1/15

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| AES/JP MORGAN CHASE<br>PO BOX 61047<br>HARRISBURG, PA 17106 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other  Overnight mail<br>(as authorized by the court *) |
| CAP1/BSTBY | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other  Overnight mail<br>(as authorized by the court *) |
| CBNA<br>PO BOX 769006<br>SAN ANTONIO, TX 78245 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other  Overnight mail<br>(as authorized by the court *) |
| CENTRAL LOAN<br>425 PHILLIPS BV<br>EWING, NJ 08618 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other  Overnight mail<br>(as authorized by the court *) |
| CHASE CARD<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other  Overnight mail<br>(as authorized by the court *) |
| CITI<br>PO BOX 6241<br>SIOUX FALLS, SD 57117 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other  Overnight mail<br>(as authorized by the court *) |
| CITIBANKNA<br>PO BOX 769006<br>SAN ANTONIO, TX 78245 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR |

| | | |
|---|---|---|
| | | ☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other __Overnight Mail____<br>(as authorized by the court *) |
| CITIBANKNA<br>PO BOX 6181<br>SIOUX FALLS, SD 57117 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other __Overnight mail____<br>(as authorized by the court *) |
| DSNB MACYS<br>PO BOX 8218<br>MASON, OH 45040 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other _Overnight mail____<br>(as authorized by the court *) |
| Freedom Mortgage Corporation<br>10500 Kincaid Drive<br>Fishers, IN 46037 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| JPM CHASE<br>P.O. BOX 7013<br>INDIANAPOLIS, IN 46207 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other _Overnight mail____<br>(as authorized by the court *) |
| NBT BANK NA<br>20 MOHAWK ST<br>CANAJOHARIE, NY 13317 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other __Overnight mail_____<br>(as authorized by the court *) |
| SEARS/CBNA<br>PO BOX 6283<br>SIOUX FALLS, SD 57117 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other __Over night mail_____<br>(as authorized by the court *) |
| SYNCB/CARE CREDIT<br>950 FORRER BLVD | Unsecured | ☐ Hand-delivered |

| | | |
|---|---|---|
| KETTERING, OH 45420 | Creditor | ☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other _Overnight mail_<br>(as authorized by the court *) |
| SYNCB/JCP<br>PO BOX 965007<br>ORLANDO, FL 32896 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other _Overnight mail_<br>(as authorized by the court *) |
| SYNCB/OLDNAVYDC<br>PO BOX 965005<br>ORLANDO, FL 32896 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other _Overnight mail_<br>(as authorized by the court *) |
| SYNCB/ONDC<br>PO BOX 965005<br>ORLANDO, FL 32896 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other _Overnight mail_<br>(as authorized by the court *) |
| SYNCB/SLEEPYS<br>PO BOX 965036<br>ORLANDO, FL 32896 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other _Overnight mail_<br>(as authorized by the court *) |
| The Honorable Rosemary Gambardella<br>50 Walnut Street, 3rd Floor<br>Newark, N.J. 07102 | Judge | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Chapter 13 Standing Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

*rev. 8/1/15*
Best Case Bankruptcy

| | | |
|---|---|---|
| Office of US Trustee<br>One Newark Center Suite 1401<br>Newark NJ 07102 | US Trustee | (as authorized by the court *)<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Matthew Fissel, Esq.<br>Brock and Scott, PLLC<br>Attorneys at Law<br>302 Fellowship Road<br>Mount Laurel, NJ 08054 | Attorney for Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other __Overnight mail___<br>(as authorized by the court *) |
| Portfolio Recovery Associates, LLC<br>c/o SEARS CARD<br>POB 41067<br>Norfolk, VA 23541 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other __Overnight mail___<br>(as authorized by the court *) |
| Portfolio Recovery Associates, LLC<br>c/o SEARS MASTERCARD<br>POB 41067<br>Norfolk, VA 23541 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other __Overnight mail___<br>(as authorized by the court *) |
| Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other __Overnight mail___<br>(as authorized by the court *) |
| Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

*rev. 8/1/15*
Best Case Bankruptcy

rev. 8/1/15

|  |  |  |
|---|---|---|
|  |  | ☐ Notice of Electronic Filing (NEF)<br>☑ Other __Overnight mail____<br>   (as authorized by the court *) |
| Markens Erasme<br>39 Watson Ave, 2B<br>Elizabeth, NJ 07202 | Proposed Buyer | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other _Overnight mail____<br>   (as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy