DocuSign Envelope ID: C5909C7A-55D2-4425-B329-E4E8411EC387

**RUSSELL LOW, ESQ. RLL-4745**
**LOW & LOW, LLC**
**Attorneys at Law**
**505 Main Street**
**Hackensack, NJ 07601**
**(201) 343-4040**
**Attorneys for Debtors**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | : Chapter 13 |
| Roselyne Andree St Phard | : Case No. 19-32429 |
| Debtor | : The Honorable Rosemary Gambardella |
| | : Hearing Date: November 18, 2021 at 12:00 p.m. |

_____

**DEBTOR'S REALTOR'S SUPPLEMENTAL CERTIFICATION**

_____

I, Sam S. Sauveur, being of full age, hereby certify as follows:

1.      I am the real estate agent for the seller/debtor, Roselyne Andree St Phard for the sale of her property located at 340 Hamilton Street Roselle, NJ 07203.

2.      I have been licensed as a real estate agent since 2003 and own Gold Standard Realty.

3.      My son, Jhaicob Sauveur has been a licensed real estate agent since 2016 and works at Gold Standard Realty.

4.      For this property sale, I served as the seller's agent and Jhaicob served as the buyer's agent.

5.      This property was listed on the MLS and the buyer attended an open house.

6.      The "bonus" fee is normal practice by my office when several offers are made on a property and additional meetings and negotiations are required with the seller and buyer to conduct negotiations; however I have waived the bonus fee in this case.

7.      I hereby certify that I will accept only the 4% of the 6% commission of the sale price and I will not be paid a "bonus".

I hereby certify that all the statements above are true and correct to the best of my knowledge.

11/18/2021

Date: _____

DocuSigned by:

EB06CD4A8EA94E9...

**Sam S. Sauveur**
Debtor's Realtor