**RUSSELL LOW, ESQ. RLL-4745**
**LOW & LOW, LLC**
**Attorneys at Law**
**505 Main Street**
**Hackensack, NJ 07601**
**(201) 343-4040**
**Attorneys for Debtors**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | : Chapter 13 |
| Roselyne Andree St Phard | : Case No. 19-32429 |
| Debtor | : The Honorable Rosemary Gambardella |
| | : Hearing Date: November 18, 2021 at 12:00 p.m. |

---

**BUYER'S REALTOR'S SUPPLEMENTAL CERTIFICATION**

---

I, Jhaicob Sauveur, being of full age, hereby certify as follows:

1. I have been a licensed real estate agent since 2016 and I work at Gold Standard Realty, owned by my father, Sam Sauveur.

2. For the property at 340 Hamilton Street Roselle, NJ 07203, I served as the buyer's agent and my father, Sam Sauveur served as the seller's agent.

3. This property was listed on the MLS and the buyer attended an open house.

4. The "bonus" fee is normal practice when several offers are made on a property and additional meetings and negotiations are required with the seller and buyer to conduct negotiations; however the bonus fee has been waived in this case.

5.     I hereby certify that I will accept 2% of the 6% commission of the sale price and I will not be paid a "bonus".

I hereby certify that all the statements above are true and correct to the best of my knowledge.

11/18/2021

Date: _____                                      _____

                                                                                                   **Jhaicob Sauveur**
                                                                                                   Debtor's Realtor