Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  19−32429−RG
        Chapter:  13
        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Roselyne Andree St Phard
   aka Rose Andre Saint Phard
   340 Hamilton Street
   Roselle, NJ 07203

Social Security No.:
   xxx−xx−7573

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on November 18, 2021, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 88 − 79
Order Granting Motion To Sell re: 340 Hamilton Street, Roselle, NJ 07203. (Related Doc # 79). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/18/2021. (car)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 18, 2021
JAN: car

                                                           Jeanne Naughton
                                                           Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 19-32429-RG

Roselyne Andree St Phard                                                                                       Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                              User: admin                              Page 1 of 2

Date Rcvd: Nov 18, 2021                      Form ID: orderntc                      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roselyne Andree St Phard, 340 Hamilton Street, Roselle, NJ 07203-1638 |
| cr | + | FREEDOM MORTGAGE CORPORATION, 10500 Kincaid Drive, Fishers, IN 46037-9764 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Nov 18 2021 20:34:21 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2021                          Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor HomeBridge Financial Services Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Nov 18, 2021 | Form ID: orderntc | Total Noticed: 3

    matthew.fissel@brockandscott.com

Russell L. Low

    on behalf of Debtor Roselyne Andree St Phard ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5