| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Roselyne Andree St Phard<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–7573<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–32429–RG | |

# Order of Discharge                                                                12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Roselyne Andree St Phard
    aka Rose Andre Saint Phard

<u>1/31/22</u>                                              **By the court:** <u>Rosemary Gambardella</u>
                                                                   United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 19-32429-RG

Roselyne Andree St Phard                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                        User: admin                              Page 1 of 3
Date Rcvd: Jan 31, 2022                     Form ID: 3180W                           Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roselyne Andree St Phard, 1974 St. Georges Ave., Apt. 7, Rahway, NJ 07065-2042 |
| r | + | Sam S Sauveur, Gold Standard Realty, 500 Rahway Ave. 2nd Floor, Elizabeth, NJ 07202-2338 |
| 518595239 | + | AES/JP MORGAN CHASE, PO BOX 61047, HARRISBURG, PA 17106-1047 |
| 519169033 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 519169034 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764, Freedom Mortgage Corporation, 10500 Kincaid Drive Fishers, IN 46037-9764 |
| 518595253 | + | HOMEBRIDGE FINANCIAL I, 222 CHASTAIN MEADOWS COURT, KENNESAW, GA 30144-5820 |
| 518705436 | + | HomeBridge Financial Services, Inc., c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 518595254 | + | JPM CHASE, P.O. BOX 7013, INDIANAPOLIS, IN 46207-7013 |
| 518595251 | + | Pamela L. Cunningham, 298 Wissahickon Ave., North Wales, PA 19454-4156 |
| 518595258 | + | Sylvestre St. Phard, 163-04 Hillside Ave., Jamaica, NY 11432-4077 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 31 2022 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 31 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RECOVERYCORP.COM | Feb 01 2022 01:38:00 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518595241 | + | EDI: CITICORP.COM | Feb 01 2022 01:38:00 | CBNA, PO BOX 769006, SAN ANTONIO, TX 78245-9006 |
| 518595242 | + | Email/Text: clientservices@credit-control.com | Jan 31 2022 20:41:00 | CENTRAL LOAN, 425 PHILLIPS BV, EWING, NJ 08618-1430 |
| 518595244 | + | EDI: CITICORP.COM | Feb 01 2022 01:38:00 | CITI, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 518595247 | + | EDI: CITICORP.COM | Feb 01 2022 01:38:00 | CITIBANKNA, PO BOX 6181, SIOUX FALLS, SD 57117-6181 |
| 518595246 | + | EDI: CITICORP.COM | Feb 01 2022 01:38:00 | CITIBANKNA, PO BOX 769006, SAN ANTONIO, TX 78245-9006 |
| 518595252 | + | EDI: CITICORP.COM | Feb 01 2022 01:38:00 | DSNB MACYS, PO BOX 8218, MASON, OH 45040 |
| 518683121 | | EDI: Q3G.COM | Feb 01 2022 01:38:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518595243 | | EDI: JPMORGANCHASE | Feb 01 2022 01:38:00 | CHASE CARD, PO BOX 15298, WILMINGTON, DE 19850 |
| 518606518 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 31, 2022 | Form ID: 3180W | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | Jan 31 2022 21:04:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518595255 | + | Email/Text: bankruptcy@nbtbank.com | Jan 31 2022 20:41:00 | NBT BANK NA, 20 MOHAWK ST, CANAJOHARIE, NY 13317-1144 |
| 518649095 | | EDI: PRA.COM | Feb 01 2022 01:38:00 | Portfolio Recovery Associates, LLC, c/o SEARS CARD, POB 41067, Norfolk, VA 23541 |
| 518649147 | | EDI: PRA.COM | Feb 01 2022 01:38:00 | Portfolio Recovery Associates, LLC, c/o SEARS MASTERCARD, POB 41067, Norfolk, VA 23541 |
| 518674692 | | EDI: Q3G.COM | Feb 01 2022 01:38:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518595256 | + | EDI: CITICORP.COM | Feb 01 2022 01:38:00 | SEARS/CBNA, PO BOX 6283, SIOUX FALLS, SD 57117-6283 |
| 518595257 | + | EDI: CITICORP.COM | Feb 01 2022 01:38:00 | SEARS/CBNA, PO BOX 6189, SIOUX FALLS, SD 57117-6189 |
| 518595259 | + | EDI: RMSC.COM | Feb 01 2022 01:38:00 | SYNCB/CARE CREDIT, 950 FORRER BLVD, KETTERING, OH 45420-1469 |
| 518595260 | + | EDI: RMSC.COM | Feb 01 2022 01:38:00 | SYNCB/JCP, PO BOX 965007, ORLANDO, FL 32896-5007 |
| 518595261 | + | EDI: RMSC.COM | Feb 01 2022 01:38:00 | SYNCB/OLDNAVYDC, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 518595262 | + | EDI: RMSC.COM | Feb 01 2022 01:38:00 | SYNCB/ONDC, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 518595263 | + | EDI: RMSC.COM | Feb 01 2022 01:38:00 | SYNCB/SLEEPYS, PO BOX 965036, ORLANDO, FL 32896-5036 |
| 518596108 | + | EDI: RMSC.COM | Feb 01 2022 01:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518595240 | | CAP1/BSTBY |
| 518595248 | | CITIBANKNA |
| cr | *+ | FREEDOM MORTGAGE CORPORATION, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 518595245 | *+ | CITI, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 518595249 | *+ | CITIBANKNA, PO BOX 769006, SAN ANTONIO, TX 78245-9006 |
| 518595250 | *+ | CITIBANKNA, PO BOX 769006, SAN ANTONIO, TX 78245-9006 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Jan 31, 2022 | Form ID: 3180W | Total Noticed: 34

Date: Feb 02, 2022           Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2022 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Denise E. Carlon | on behalf of Creditor HomeBridge Financial Services  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Juliana Diaz | on behalf of Debtor Roselyne Andree St Phard julianadiazlaw@gmail.com  Diazasst@gmail.com,diazesqCMECF@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com matthew.fissel@brockandscott.com |
| Russell L. Low | on behalf of Debtor Roselyne Andree St Phard ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6